**2014–0740. Dublin City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–520.

**2014–0744. Steak N Shake, Inc. v. Warren Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–3527.

**2014–0748. Scaglione v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–513.

**2014–0749. School Choice Ohio, Inc. v. Cincinnati Pub. School Dist.**
In Mandamus.

**2014–0766. State ex rel. Williams v. Indus. Comm.**
Franklin App. No. 13AP–407, 2014-Ohio-1490.

**2014–0771. State ex rel. PolyOne Corp. v. Indus. Comm.**
Franklin App. No. 12AP–313, 2014-Ohio-1376.

The following cases have been returned to the regular docket:

**2013–1884. State ex rel. Autumn Health Care of Zanesville, Inc. v. Ohio Atty. Gen.**
In Mandamus. The court hereby returns this case to the regular docket under S.Ct.Prac.R. 19.01. Respondents shall file a response to the complaint within 21 days of the date of this entry.

**2014–0531. Cincinnati v. Testa.**
Board of Tax Appeals, Nos. 2011–143 through 2011–148. The court hereby returns this case to the regular docket under S.Ct.Prac.R. 19.01. Appellant/cross-appellee shall file a brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

**2014–0532. Cunningham v. Testa.**
Board of Tax Appeals, No. 2011–4641. The court hereby returns this case to the regular docket under S.Ct.Prac.R. 19.01. Appellant shall file a brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct. Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

# CASE ANNOUNCEMENTS

*May 20, 2014*

[Cite as *05/20/2014 Case Announcements*, 2014-Ohio-2135.]

# MOTION AND PROCEDURAL RULINGS

**2014–0049. State v. Hartman.**
Medina App. No. 12CA0057–M, 2013-Ohio-4407. This cause came on for further consideration upon the filing of appellant/cross-appellee's motion to strike notice of cross-appeal and memorandum in support of jurisdiction. It is ordered by the court that the motion is denied as moot.

# CASE ANNOUNCEMENTS

*May 21, 2014*

[Cite as *05/21/2014 Case Announcements*, 2014-Ohio-2151.]